Argued and submitted April 30, affirmed September 12, 2001

STATE OF OREGON,
*Respondent,*

*v.*

GABINO CHAVEZ, JR.,
*Appellant.*

C96014850, T96014849, 99069830C;
A107900 (Control), A107901, A107902
(Cases Consolidated)

31 P3d 1132

Meredith Allen, Deputy Public Defender, argued the cause for appellant. On the brief were David E. Groom, State Public Defender, and Anne Fujita Munsey, Deputy Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Ceniceros, Senior Judge.

PER CURIAM